Submitted July 31, reversed and remanded with instructions to merge conviction for criminal possession of a forged instrument in the first degree (Count 2) into conviction for forgery in the first degree (Count 1) and for resentencing August 29, 2012

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

KALFORD MALAMA KEANU,
*Defendant-Appellant.*

Washington County Circuit Court
C092289CR; A145334

286 P3d 933

Peter Gartlan, Chief Defender, and Anne Fujita Munsey, Senior Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

John R. Kroger, Attorney General, Anna M. Joyce, Solicitor General, and Pamela J. Walsh, Assistant Attorney General, filed the brief for respondent.

Before Armstrong, Presiding Judge, and Brewer, Judge, and Duncan, Judge.

PER CURIAM

Reversed and remanded with instructions to merge conviction for criminal possession of a forged instrument in the first degree (Count 2) into conviction for forgery in the first degree (Count 1) and for resentencing. *State v. Blake,* 348 Or 95, 228 P3d 560 (2010).